## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael C. Milbrodt aka Michael Christ Milbrodt aka Michael Milbrodt<br>Debra A. Milbrodt aka Debra Ann Milbrodt aka Debra Milbrodt<br>Debtor(s) | BK NO. 19-03539 RNO<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank NA, as Trustee, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-29 and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
25 Jan 2021, 15:47:20, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322