United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-03539-HWV
Michael C. Milbrodt  Chapter 13
Debra A. Milbrodt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 30, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: blegal@phfa.org | Jun 30 2021 18:54:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. JSchwartz@mesterschwartz.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |
| Leon P Haller | |

| | |
|---|---|
| | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor US BANK NATIONAL ASSOCIATIONS AS TRUSTEE bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Bank One, National Association as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor JPMorgan Chase Bank NA as Trustee, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Debra A. Milbrodt tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Michael C. Milbrodt tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
MICHAEL C. MILBRODT  
a/k/a Michael Christ Milbrodt  
a/k/a Michael Milbrdot  

DEBRA A. MILBRODT  
a/k/a Debra Ann Milbrodt  
a/k/a Debra Milbrodt  

CHAPTER 13

CASE NO. 5-19-bk-03539-RNO

v.

PENNSYLVANIA HOUSING FINANCE AGENCY,  
Respondent

*************************************************************************
**ORDER**
*************************************************************************

Upon consideration of the Motion to determine Secured Status, it is hereby:

ORDERED AND DECREED THAT

(i) the motion is granted; and  
(ii) the Respondent's claim is unsecured; and  
(iii) the respondent's junior mortgage is avoided upon completion of the Chapter 13 plan; and  
(iv) the Respondent shall satisfy the mortgage of record within 60 days of the entry of the discharge order.

Dated: June 30, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (MS)