UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| MICHAEL MILBRODT and | : |
| DEBRA MILBRODT | : |
| | : BANKRUPTCY NO. 19-03539-HWV |
| Debtor | : |
| | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY HOMEOWNER'S EMERGECNY | : |
| MORTGAGE ASSISTANCE PROGRAM | : RELATED TO DOCUMENT NO. 61 |
| | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| MICHAEL MILBRODT | : |
| DEBRA MILBRODT AND JACK N. | : |
| ZAHAROPOULOS | : |
| Respondents | : |

## WITHDRAWAL OF OBJECTIONS TO MODIFICATION OF CHAPTER 13 PLAN

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Modification of Chapter 13 Plan heretofore filed on May 25, 2021 to Docket No. 61, in the above case.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
Leon P. Haller, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178 ID # 15700
Attorney for Pennsylvania Housing
Finance Agency Homeowners'
Emergency Assistance Program

Dated: August 3, 2021

## CERTIFICATE OF SERVICE

I, Leon P. Haller, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Modification of Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on August 3, 2021 , addressed as follows:

        Michael and Debra Milbrodt
        114 Beaver Street
        Noxen, PA 18636

        Jack Zaharopoulos, Esquire
        Via E-Mail: ECF/CM

        Tulio DeLuca, Esquire
        Via E-Mail: ECF/CM

        /s/Leon P. Haller
        Leon P. Haller

Dated: August 3, 2021