United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-03539-MJC

Michael C. Milbrodt  Chapter 13

Debra A. Milbrodt

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5361137 | + | JPMorgan Chase Bank NA, as Trustee, on behalf of, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, JPMorgan Chase Bank NA, as Trustee, on b Serviced by Select Portfolio Servicing, |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. JSchwartz@mesterschwartz.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |

Rebecca Ann Solarz
    on behalf of Creditor US BANK NATIONAL ASSOCIATIONS AS TRUSTEE bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Bank One, National Association as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor JPMorgan Chase Bank NA as Trustee, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... bkgroup@kmllawgroup.com

Tullio DeLuca
    on behalf of Debtor 2 Debra A. Milbrodt tullio.deluca@verizon.net

Tullio DeLuca
    on behalf of Debtor 1 Michael C. Milbrodt tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-03539-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael C. Milbrodt
114 Beaver St.
Noxen PA 18636

Debra A. Milbrodt
114 Beaver St.
Noxen PA 18636

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/05/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: JPMorgan Chase Bank NA, as Trustee, on behalf of, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, JPMorgan Chase Bank NA, as Trustee, on b, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

U.S. Bank National Association, et al.
C/O SELECT PORTFOLIO SERVICING
PO Box 65250
Salt Lake City, UT 84165
U.S. Bank National Association, et al.
C/O SELECT PORTFOLIO SERVICING

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/21

Terrence S. Miller
**CLERK OF THE COURT**