# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 14, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Michael and Debra Milbrodt
        Chapter 13 Bankruptcy
        Case No. 5:19-bk-03539

Dear Sir/Madam:

    I have received returned mail for Medicredit Corop, LLC a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 1629, Maryland Heights, MO 63043. The correct information is as follows:

        Medicredit Corp
        111 Corporate Office Dr
        Ste 200
        Earth City, MO 63043

I served the 4th Amended Chapter 13 Plan and Notice at the above address on July 6, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km