# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 14, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> In Re: Michael and Debra Milbrodt
> Chapter 13 Bankruptcy
> Case No. 5:19-bk-03539

Dear Sir/Madam:

I have received returned mail for Atlas Acquisitions, LLC a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 294 Union Street, Hackensack, NJ 07601-4303. The correct information is as follows:

> Atlas Acquisitions
> 210 River Street, Suite 23
> Hackensack, NJ 07601

I served the 4th Amended Chapter 13 Plan and Notice at the above address on July 6, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/km