# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 21, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

        **In Re: Michael and Debra Milbrodt**
        **Chapter 13 Bankruptcy**
        **Case No. 5:19-bk-03539**

Dear Sir/Madam:

    I have received returned mail for Transworld Systems a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 2235 Mercury Way, Suite 275, Santa Rosa, CA 95407-5463. The correct information is as follows:

        Transworld Systems
        8885 Rio San Diego Dr #107
        Santa Rosa, CA 95407-5463

I served the 4th Amended Chapter 13 Plan and Notice at the above address on July 6, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km