UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL C. MILBRODT
AKA: MICHAEL MILBRODT,
MICHAEL CHRIST MILBRODT
DEBRA A. MILBRODT                 CHAPTER 13
AKA: DEBRA MILBRODT, DEBRA
ANN MILBRODT
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                                   CASE NO: 5-19-03539-MJC

MICHAEL C. MILBRODT
AKA: MICHAEL MILBRODT,
MICHAEL CHRIST MILBRODT
DEBRA A. MILBRODT
AKA: DEBRA MILBRODT, DEBRA
ANN MILBRODT
    Respondent(s)

## **CERTIFICATION OF DEFAULT**

    AND NOW on June 14, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

    As of June 14, 2024, the Debtor(s) is/are $800.00 in arrears a plan payment having last been made on March 4, 2024.

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:     June 14, 2024                             Respectfully submitted,

                                                                   /s/    Agatha R. McHale, Esquire
                                                                   ID: 47613
                                                                   Attorney for Trustee
                                                                   Jack N. Zaharopoulos
                                                                   Standing Chapter 13 Trustee
                                                                   Suite A, 8125 Adams Drive
                                                                   Hummelstown, PA 17036
                                                                   Phone: (717) 566-6097
                                                                   email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL C. MILBRODT
AKA: MICHAEL MILBRODT,
MICHAEL CHRIST MILBRODT
DEBRA A. MILBRODT
AKA: DEBRA MILBRODT, DEBRA
ANN MILBRODT

CHAPTER 13

Debtor(s)

CASE NO: 5-19-03539-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 14, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

MICHAEL C. MILBRODT
DEBRA A. MILBRODT
114 BEAVER ST.
NOXEN PA 18636

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 14, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com