THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

**************************************************************************

IN RE: :
:  CASE NO. 5-19-03539
MICHAEL AND DEBRA MILBRODT :
:  **CHAPTER 13**

**************************************************************************

## PRAECIPE TO WITHDRAW DEBTORS' OBJECTION TO CERTIFICATE OF DEFAULT

**************************************************************************

AND NOW COMES, the Debtors, Michael and Debra Milbrodt, by and through their attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtors' Objection to Trustee's Certificate of Default. Trustee consents to the withdrawal.

Respectfully submitted,

Date: August 22, 2024   /s/Tullio DeLuca
Tullio DeLuca, Esq.,
PA ID# 59887
Attorney for Debtors
381 N. 9th Avenue
Scranton, PA 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: :
: **CASE NO. 5-19-03539**
MICHAEL AND DEBRA MILBRODT :
: **CHAPTER 13**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on August 22, 2024, he caused a true and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the Certificate of Default, to be served via electronic filing on the following CM/ECF users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date: August 22, 2024    /s/Tullio DeLuca
                         Tullio DeLuca, Esq.