United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael C. Milbrodt  
Debra A. Milbrodt  
    Debtors

Case No. 19-03539-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Sep 05, 2024     Form ID: pdf010     Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C. Milbrodt, Debra A. Milbrodt, 114 Beaver St., Noxen, PA 18636-7702 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5236912 | + | Allgate Financial, 820 Davis St, Ste 453, Evanston, IL 60201-4810 |
| 5236913 | | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 5236918 | + | Blue Ridge Cable, 613 Third St.,, Collection Dept., Palmerton, PA 18071-1520 |
| 5236921 | + | Central Credit Audit, P.O. Box 1398, Allentown , PA 18105-1398 |
| 5236925 | | Credit Management Services, 2235 Mercury Way, Ste. 275, Santa Rosa, CA 95407-5463 |
| 5236928 | + | EOS CCA, 300 Canal View Blvd., Rochester, NY 14623-2811 |
| 5236930 | + | Flexible Financial, 517 Mill St., Peckville, PA 18452-2413 |
| 5236931 | + | Geisinger Health System, 100 N. Academy Ave, Danville, PA 17822-0001 |
| 5236932 | + | Geisinger Clinic, 10 Trieble Dr, Tunkhannock, PA 18657-7054 |
| 5236933 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5236934 | + | Geisinger Medical Center, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5236935 | | Granite Recovery, LLC, c/o Recovery Management Systems Corp., 25SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 5361136 | + | JPMorgan Chase Bank NA, as Trustee, on behalf of, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5361137 | + | JPMorgan Chase Bank NA, as Trustee, on behalf of, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, JPMorgan Chase Bank NA, as Trustee, on b Serviced by Select Portfolio Servicing, |
| 5236939 | + | Kraft Emergency Physicians, P.O. Box 37888, Philadelphia, PA 19101-0188 |
| 5236942 | + | Matthew Berger, M.D., 340 Montage Mountain Rd., Moosic, PA 18507-1707 |
| 5236947 | + | Milton S. Hershey Medical Center, 600 Center View Lane, Hershey, PA 17033-2903 |
| 5236949 | + | Modern Gas Sales, P.O. Box 201, Reeders, PA 18352-0201 |
| 5236951 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 5236952 | | NCO Financial Systems, 515 Pennsylvania Ave, Fort Washington, PA 19034-3314 |
| 5236954 | + | P&G Mehoopany Employees FCU, 15 Lane Hill Rd., Tunkhannock, PA 18657-5525 |
| 5236955 | + | P&G Mehoopany Employees FCU, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 5236957 | + | Pittston Medical Associates, 1099 S. Township Blvd. #F, Pittston, PA 18640-3294 |
| 5236959 | + | Radiology Assoc. Wyoming Valley, PO Box 197, State College, PA 16804-0197 |
| 5236960 | + | Sears, 3630 E Front Street, Kansas City, MO 64120-1080 |
| 5236964 | | Transworld Systems, 8885 Rio San Diego Dr No. 107, Santa Rosa, CA 95407-5463 |
| 5236965 | | W.C.I., P.O. Box 97029, Redmond, WA 98073 |
| 5236966 | + | Webb Chiropractic Center, 300 Wyoming Ave., Wyoming, PA 18644-1695 |
| 5236968 | + | Wilkes-Barre General Hospital, 575 N. River St., Wilkes-Barre, PA 18764-0001 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 18:50:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2024 18:50:53 | JPMorgan Chase Bank, National Association, Et |

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Al.., 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: blegal@phfa.org | Sep 05 2024 18:38:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 05 2024 18:38:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5236909 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 05 2024 18:38:00 | ACC, LLC, One Montage Mountain Rd., Moosic, PA 18507-1754 |
| 5236910 | + | Email/Text: EBNProcessing@afni.com | Sep 05 2024 18:38:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 5236911 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 18:49:44 | AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5236917 | | Email/Text: bnc@atlasacq.com | Sep 05 2024 18:38:00 | Atlas Acquisitions LLC, 210 River Street, Suite 23, Hackensack, NJ 07601 |
| 5236908 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 05 2024 18:38:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5236914 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 18:49:38 | Ascension Capital Group, Ltd, 1212 Corporate Drive Suite 500, Irving, TX 75038-2506 |
| 5236915 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 05 2024 18:38:00 | Asset Acceptance, P.O. Box 2036, Warren., MI 48090-2036 |
| 5236916 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 05 2024 18:38:00 | Asset Acceptance, P.O. Box 1630, Warren, MI 48090-1630 |
| 5236919 | ^ | MEBN | Sep 05 2024 18:37:43 | Bureau of Account Management, 3607 Rosemont Ave., Ste. 502, Camp Hill, PA 17011-6943 |
| 5236920 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2024 18:49:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5238182 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 18:50:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5249638 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 18:50:46 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5236922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 18:50:29 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5236923 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 18:38:00 | Comenity Bank/Fashion Bug, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5236924 | + | Email/Text: CantonRecoveryGroup@cbna.com | Sep 05 2024 18:38:00 | Community Bank, N.A., 45-49 Court Street, P.O. Box 509, Canton, NY 13617-0509 |
| 5236926 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2024 18:50:48 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5236929 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 05 2024 18:38:22 | ER Solutions, 800 SW 39th St., Renton, WA 98057-4975 |
| 5236937 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 05 2024 18:38:00 | HSBC Card Services, 1441 Schilling PL, Salinas, CA 93901-4543 |
| 5236936 | + | Email/Text: bkynotice@harvardcollect.com | Sep 05 2024 18:38:00 | Harvard Collection Services, 4839 N. Elston Ave., Chicago, IL 60630-2589 |
| 5236938 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2024 18:50:13 | JPMorgan Chase Bank, N.A., MC: OH4-7302, 3415 Vision Dr., Columbus, OH 43219 |
| 5263106 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2024 18:50:45 | JPMorgan Chase Bank, N.A., et al, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5236940 | | Email/Text: tullio.deluca@verizon.net | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 05 2024 18:38:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5236941 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 18:49:47 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5238590 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 18:49:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5236943 | + | Email/Text: MDSBankruptcies@meddatsys.com | Sep 05 2024 18:38:00 | Medical Data Systems, Inc., 645 Walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 5236944 | | Email/Text: rcpsbankruptcynotices@parallon.com | Sep 05 2024 18:38:00 | Medicredit Corp., PO Box 505600, Saint Louis, MO 63150-5600 |
| 5236946 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2024 18:38:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 5236948 | + | Email/Text: mmrgbk@miramedrg.com | Sep 05 2024 18:38:00 | Miramed Revenue Group, 360 E. 22nd St., Lombard, IL 60148-4924 |
| 5236950 | + | Email/Text: Bankruptcies@nragroup.com | Sep 05 2024 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5236953 | + | Email/Text: bankruptcy@oliphantfinancial.com | Sep 05 2024 18:38:00 | Oliphant Financial Group, LLC, 9009 Town Center Parkway, Lakewood Ranch, FL 34202-4185 |
| 5298064 | | Email/Text: blegal@phfa.org | Sep 05 2024 18:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17101 |
| 5236956 | + | Email/Text: blegal@phfa.org | Sep 05 2024 18:38:00 | PHFA, 2101 N. Front St., P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 5236958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 05 2024 18:50:52 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5236961 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 05 2024 18:50:16 | Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 5236962 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 18:50:51 | Synchrony Bank/Aquavantage, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5236963 | + | Email/Text: bncmail@w-legal.com | Sep 05 2024 18:38:00 | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 5428975 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 05 2024 18:38:00 | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5428976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 05 2024 18:38:00 | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165, U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING 84165-0250 |
| 5260156 | | Email/PDF: ebn_ais@aisinfo.com | Sep 05 2024 18:49:40 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5236967 | + | Email/Text: RMOpsSupport@alorica.com | Sep 05 2024 18:38:00 | West Asset Management, 2703 N. Highway 75, Sherman, TX 75090-2567 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5249670 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 210 River Street, Suite 23, Hackensack, NJ 07601 |
| 5236927 | *+ | Debra A. Milbrodt, 114 Beaver St., Noxen, PA 18636-7702 |
| 5236945 | *+ | Michael C. Milbrodt, 114 Beaver St., Noxen, PA 18636-7702 |

| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 05, 2024 | Form ID: pdf010 | Total Noticed: 75 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank NA as Trustee, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Bank One, National Association as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-29 tue67813@temple.edu |
| Rebecca Ann Solarz | on behalf of Creditor JPMorgan Chase Bank NA as Trustee, on behalf of the holders of the Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor US BANK NATIONAL ASSOCIATIONS AS TRUSTEE bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Bank One, National Association as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-29 bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Michael C. Milbrodt tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Debra A. Milbrodt tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Michael C. Milbrodt<br>aka Michael Christ Milbrodt<br>aka Michael Milbrodt | | Chapter: 13 |
| | Debtor 1 | Case No.: 5:19-bk-03539-MJC |
| Debra A. Milbrodt<br>aka Debra Ann Milbrodt<br>aka Debra Milbrodt | Debtor 2 | |
| Jack N Zaharopoulos<br>Chapter 13 Trustee | | |
| vs. | Movant(s) | |
| Michael C. Milbrodt<br>aka Michael Christ Milbrodt<br>aka Michael Milbrodt,<br>Debra A. Milbrodt<br>aka Debra Ann Milbrodt<br>aka Debra Milbrodt | | |
| | Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 98, Debtor's Objection thereto, Dkt. # 99, and subsequent withdrawal thereof, after hearings held on July 25, 2024, August 22, 2024 and September 5, 2024, and it having been determined that this case should be dismissed, it is hereby

ORDERED that the above-named case of the Debtors be and it is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 5, 2024